```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW INDIA
------------------------------------------------------------- X
    NICE PEOPLE AT WORK, INC.,
                       Plaintiff,

          -v -

MATT STERNBERG,
                       Defendant.
------------------------------------------------------------- X

1:21-cv-19-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court will hold a teleconference regarding Plaintiff's January 4, 2021 application for a temporary restraining order, Dkt. No. 4, on January 5, 2021 at 4:30 p.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.  Plaintiff is directed to serve a copy of this order and Plaintiff's papers in connection with Plaintiff's application for a temporary restraining order on Defendant and to retain proof of service.  In light of the fact that this conference is being scheduled on short notice, Plaintiff is further directed to email those materials to Defendant and his counsel.

SO ORDERED.

Dated: January 4, 2021

                                                                     _____
                                                                      GREGORY H. WOODS
                                                                United States District Judge