USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICE PEOPLE AT WORK, INC.,

                              Plaintiff,

            v.

MATT STERNBERG,

                              Defendant.

1:21-cv-00019-GHW

ORDER GRANTING IN PART
TEMPORARY RESTRAINING
ORDER

GREGORY H. WOODS, District Judge:

        Upon review of the Complaint, and the other filings submitted to the Court in this matter, and the parties having appeared before the Court via teleconference, it is hereby

        ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant is temporarily restrained and enjoined from:

        1.    diverting or attempting to divert from NPAW any business that NPAW had enjoyed, solicited, or attempted to solicit, prior to the termination of Sternberg's employment with NPAW; and from

        2.    inducing, soliciting or attempting to induce or solicit any NPAW employee or contractor to leave NPAW's employ; and from

        3.    disclosing, divulging, revealing, reporting or using, for any purpose, any of NPAW's confidential information or trade secrets which Sternberg obtained or which was disclosed to Sternberg by NPAW as a result of Sternberg's employment by NPAW.

Defendant is further directed to file a response to Plaintiff's Memorandum of Law in Support of Order to Show Cause for Preliminary Injunction and Temporary Restraining Order no later than January 12, 2021. Plaintiff's reply, if any, is due no later than January 14, 2021. The Court will hold a hearing on this matter on January 19, 2021 at 3:00 p.m. The hearing will take place via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

This injunction shall expire on January 19, 2021.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. Plaintiff is further directed to email a copy of this order to Defendant. Defendant's counsel is reminded to file a notice of appearance.

SO ORDERED.

Dated: January 6, 2021

Signed at 7 p.m.

Issued orally January 5, 2021

at approximately 5:50 p.m.

_____
GREGORY H. WOODS
United States District Judge