USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                :
NICE PEOPLE AT WORK, INC.,        :
                :
          Plaintiff,    :    1:21-cv-00019-GHW
                :
        -v -          :    ORDER
                :
MATT STERNBERG,        :
                :
          Defendant.  :
                :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record at the January 29, 2021 conference, Plaintiff's motion to seal, Dkt. No. 17, is granted. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

    SO ORDERED.

Dated: September 23, 2021
       New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge