```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                    :
NICE PEOPLE AT WORK, INC.,                          :
                                                    :
                            Plaintiff,              :    1:21-cv-19-GHW
                                                    :
            -v -                                    :    ORDER
                                                    :
MATT STERNBERG,                                     :
                                                    :
                            Defendant.              :
                                                    :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

GREGORY H. WOODS, United States District Judge:

On January 4, 2021, Plaintiff filed a complaint against Defendant seeking to enforce Defendant's employment contract with Plaintiff. Dkt. No. 1. Plaintiff requested a temporary restraining order, preliminary injunction, and permanent injunction to enforce the terms of the contract. *Id.* The language of the employment contract sought to prevent Defendant from taking certain actions for a period of twelve months after the end of his employment with Plaintiff. *Id.* Defendant's resigned on September 11, 2020. *Id.* Accordingly, the time-limited terms of the employment contract expired on September 11, 2021.

On February 1, 2021, the Court entered a restraining order which contained the following provisions:

> Defendant is restrained and enjoined from taking any of the following actions, and from supporting or inducing any efforts by any other person to take any of the following actions, in each case either directly or indirectly:
> 1. diverting or attempting to divert from Plaintiff any business that Plaintiff had enjoyed, solicited, or attempted to solicit, prior to the termination of Sternberg's employment with NPAW for a period of twelve (12) months from January 5, 2021; and from
> 2. inducing, soliciting or attempting to induce or solicit any employee or contractor of Plaintiff to leave Plaintiff's employ for a period of twelve (12) months from January 5, 2021

Dkt. No. 26.

For the reasons stated on the record during the conference held on November 2, 2021, it is HEARBY ORDERED that:

The above provisions of the February 1, 2021 order granting preliminary injunction in part, Dkt. No. 26, are modified such that they expire today, November 2, 2021, instead of twelve months from January 5, 2021.

Further, as stated on the record during the conference, Defendant Matt Sternberg is found to be in contempt of this Court's February 1, 2021 order. Plaintiff is directed to submit a calculation of the costs and attorneys' fees it incurred prosecuting its application for contempt and sanctions, with support, no later than November 15, 2021; Defendant's opposition is due no later than November 30, 2021. Defendant may submit evidence of his financial capability to satisfy an award of sanctions with his opposition.

SO ORDERED.

Dated: November 2, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge