USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NICE PEOPLE AT WORK, INC.,                              :
                                                        :
                                  Plaintiff,            :
                                                        :         1:21-cv-00019-GHW
                  -v -                                  :
                                                        :         ORDER
MATT STERNBERG,                                         :
                                                        :
                                  Defendant.            :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on **Monday, November 14, 2022 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, October 14, 2022 at 1:00 p.m.** The final pretrial conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The jury trial will be held in a courtroom to be determined in the Daniel Patrick Moynihan U.S. Courthouse.

The parties are directed to submit the following materials no later than August 26, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated:  December 20, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge