USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NICE PEOPLE AT WORK, INC.,                         :
                                                   :
                              Plaintiff,           :
                                                   :              1:21-cv-00019-GHW
               -v -                                :
                                                   :                    ORDER
MATT STERNBERG,                                    :
                                                   :
                              Defendant.           :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record at the conference held on December 20, 2021, the

Court imposes a sanction in the amount of $2,500 on Mr. Sternberg, payable to Plaintiff.  The Court

requests that the parties propose a reasonable schedule for the payment of this amount.

    SO ORDERED.

Dated:  December 20, 2021                    _____
New York, New York                                GREGORY H. WOODS
                                                 United States District Judge