USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICE PEOPLE AT WORK, INC.,                     :
                                               :
                 Plaintiff,    :
                                               :      1:21-cv-19-GHW
        -v -                                 :
                                               :         ORDER
MATT STERNBERG,                                :
                                               :
                 Defendant.    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A new date for the trial in this case has become available on the Court's calendar. Accordingly, the jury trial in this matter will begin on **Monday, July 25, 2022 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, June 24, 2022 at 1:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are directed to submit the following materials no later than May 13, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      SO ORDERED.

Dated:  April 15, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge