

New York | Los Angeles | Irvine
Dallas | Miami | China

WWW.YKLAW.US

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022

**MEMORANDUM ENDORSED**

*Via Electronic Filing*
Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Nice People at Work, Inc. v. Matthew Sternberg, Civil Action No.: 1:21-cv-00019 (GHW)

Dear Judge Woods:

On behalf of both Plaintiff and Defendant, this letter is to request a two-week adjournment in regard to your order dated April 15, 2022, wherein the Court has directed the parties to submit materials including a joint pre-trial order and other documents pursuant to Rule 5 of the Court's Individual Rules of Practice in Civil Cases, to May 27, 2022.

The parties are negotiating a possible settlement for the above case and believe an additional two weeks will assist both sides in finalizing an agreement.  As such, we respectfully request that the above due date be extended from May 13, 2022, to May 27, 2022.  Both sides consent to this adjournment.

Thank you for your consideration and please contact us if you have any questions.

Respectfully,

YK LAW LLP

*Ronald D. Hariri*
By:_____
Ronald D. Hariri, Esq.
Attorneys for the Defendant
Of Counsel
32 East 57th Street, 8th Fl.
New York, New York 10022
Phone: (212) 837-2600
rhariri@yklaw.us

Application granted.  The pretrial materials detailed in the Court's April 15, 2022 order, Dkt. No. 82, must be submitted no later than May 27, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

SO ORDERED.

Dated:  May 6, 2022         _____
New York, New York          GREGORY H. WOODS
                            United States District Judge

Global Mindset, Local Instinct.